Amy Stein, Esq.
Nevada Bar No. 7528
FORAN GLENNON PALANDECH
PONZI & DUDLOFF PC
1 East Washington Street, Suite 500
Phoenix, AZ 85004
Telephone: 602-533-2830
Facsimile:  312-863-5099
Email: astein@fgppr.com

Alaina Stephens, Esq.
Nevada Bar No. 13512
FORAN GLENNON PALANDECH
PONZI & RUDLOFF PC
7455 Arroyo Crossing, Suite 220
Las Vegas, Nevada 89113
Telephone: 702-761-6572
Facsimile:  312-863-5099
E-Mail: astephens@fgppr.com

*Attorneys for Defendant Liberty Mutual Insurance Company*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ELIE KHAYAT-TAYLOR, individually,<br><br>Plaintiff,<br><br>vs.<br><br>LIBERTY MUTUAL INSURANCE COMPANY; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendant. | Case No.  2:15-cv-01882-GMW-VCF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Elie Khayat-Taylor ("Plaintiff") and Defendant Liberty Mutual Insurance Company ("Liberty Mutual"), by and through their respective counsel, that the above matter be dismissed with prejudice in its entirety with each party to bear their own costs and attorneys' fees.

/ / /

/ / /

- 1 -

DATED this 21st day of April, 2016

CLARK MCCOURT

By: /s/ Brian P. Clark
Brian P. Clark (NV Bar No. 4236)
Lukas B. McCourt (NV Bar No. 11839)
7371 Prairie Falcon Road, Suite 120
Las Vegas, NV 89128
*Attorneys for Elie Khayat-Taylor*

DATED this 21st day of April, 2016.

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC

By: /s/ Alaina Stephens
Amy Stein (Nevada Bar No. 7528)
1 East Washington Street, Suite 500
Phoenix, AZ 85004

Alaina Stephens (Nevada Bar No. 13512)
7455 Arroyo Crossing, Suite 220
Las Vegas, Nevada 89113

*Attorneys for Defendant Liberty Mutual Insurance Company*

## ORDER

IT IS HEREBY ORDERED that this matter be dismissed with prejudice in its entirety with each party to bear their own costs and attorneys' fee.

DATED this __22__ day of April 2016.

_____
UNITED STATES DISTRICT COURT JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** by method indicated below:

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. pursuant to EDCR Rule 7.26(a). A printed transmission record is attached to the file copy of this document(s).

☒ **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

☐ **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

☐ **BY PERSONAL DELIVERY:** by causing personal delivery by            , a messenger service with which this firm maintains an account, of the document(s) listed above to the person(s) at the address(es) set forth below.

☒ **BY ELECTRONIC SUBMISSION:** submitted to the above-entitled Court for electronic filing and service upon the Court's Service List for the above-referenced case.

☐ **BY EMAIL:** by emailing a PDF of the document listed above to the email addresses of the individual(s) listed below.

and addressed to the following:

Brian P. Clark, Esq.
Lukas B. McCourt, Esq.
CLARK MCCOURT
7371 Prairie Falcon Road, Ste. 120
Las Vegas, NV  89128
mail: bpc@clarkmccourt.com
lmccourt@clarkmccourt.com
*Attorneys for Plaintiff*
*Elie Khayat-Taylor*

Dated: April 21, 2016

_____
An Employee of FORAN GLENNON
PALANDECH PONZI & RUDLOFF, PC